UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CRAIG BRADLEY PATTERSON,

    Plaintiff,

v.                                              Case No: 2:18-cv-188-FtM-38UAM

BRUCE GORDON WOOD, BRUCE
GORDON WOOD, DOW
ENTERPRISES-NAPLES HIDDEN
STORAGE, LLC. and BRUCE
GORDON WOOD,

    Defendants.
_____/

# ORDER[1]

This matter comes before the Court on *sua sponte* review of the file. Plaintiff Craig Bradley Patterson, appearing *pro se*, filed this case last year. (Doc. 1). Seven months later, United States Magistrate Judge Carol Mirando granted him leave to proceed *in forma pauperis* and directed him to provide completed service documents and the Complaint to the United States Marshal for service. When Patterson did not do so, Judge Mirando directed him to show cause on or before January 14, 2019, why this case should not be dismissed for failure to prosecute. (Doc. 11). Alternatively, Judge Mirando allowed Patterson to submit the required documents by that same date. Patterson has done neither, and the time to do so has long expired. The Court, therefore, dismisses this case

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

for failure to effectuate service and failure to prosecute. *See* Fed. R. Civ. P. 4(m); M.D. Fla. R. 3.10.

Accordingly, it is now

**ORDERED:**

(1) The Complaint (Doc. 1) in the above-captioned case is **DISMISSED without prejudice** for failure to prosecute and failure to serve.

(2) The Clerk is **DIRECTED** to enter judgment, terminate all pending motions and deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of March 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record